PEARSON, J.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| JEAN SZABO, | ) | |
| | ) | CASE NO. 1:23-CV-1477 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JUDGE BENITA Y. PEARSON |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | **MEMORANDUM OF OPINION AND** |
| | ) | **ORDER** |
| Defendant. | ) | [Regarding ECF No. 13] |

On April 3, 2024, the assigned magistrate judge issued a Report and Recommendation suggesting that the Commissioner's decision denying Plaintiff's applications for Disability Insurance Benefits and Supplemental Security Income be affirmed. *See* ECF No. 13.

The Federal Magistrates Act requires a district court to conduct a *de novo* review only of those portions of a Report and Recommendation to which the parties have made an objection. 28 U.S.C. § 636(b)(1)(C). Parties must file any objections to a Report and Recommendation within fourteen days of service. *Id*.; Fed. R. Civ. P. 72(b)(2). Failure to object within this time waives a party's right to appeal the district court's judgment. *Thomas v. Arn*, 474 U.S. 140, 145 (1985); *United States v. Walters*, 638 F.2d 947, 949–50 (6th Cir. 1981). Absent objections, a district court may adopt a magistrate judge's report without review. *See Thomas*, 474 U.S. at 149.

In the instant case, objections to the Report and Recommendation were due by April 17, 2024. None of the parties of have filed any objections. Accordingly, the Court adopts the

(1:23-CV-1477)

Report and Recommendation.  ECF No. 13.  The Commissioner's decision denying Plaintiff Disability Insurance Benefits and Supplemental Security Income is affirmed.

      IT IS SO ORDERED.

| | |
|---|---|
| April 19, 2024 | /s/ Benita Y. Pearson |
| Date | Benita Y. Pearson |
| | United States District Judge |